U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 26 2017

TONY R. MOORE, CLERK
BY: _____ MB
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:17-cr-00027 |
| VS. | : | JUDGE DRELL |
| JOSE MARTINEZ-ORTIZ | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge, [Doc. 31], and in the transcript previously filed herein, [Doc. 27] and having thoroughly reviewed the record, no written objections having been filed, and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **JOSE MARTINEZ-ORTIZ** on April 18, 2017 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Alexandria, Louisiana this 26 day of April, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT